UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 137, 137A, 137B, 137C
& 13R ANNUITY, PENSION, WELFARE
AND APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS, Local 137, 137A, 137B, 137C &
137R,
    Plaintiff,

v.

CASABELLA CONTRACTING OF NY, INC.;
LAURA MARCELA PIGNATARO; FRANK
PIGNATARO; HUDSON INSURANCE
COMPANY, also known as Hudson Insurance
Group,
    Defendants.
--------------------------------------------------------------x

**PARTIAL ORDER OF DISMISSAL**

21 CV 9212 (VB)

  The Court has been advised that plaintiff and defendant Hudson Insurance Company ("Hudson") have reached a settlement in principle of this case. (Doc. #69). Accordingly, it is hereby ORDERED that this action is dismissed <u>against Hudson only</u>, without costs, and without prejudice to the right to restore the action against Hudson to the Court's calendar, provided the application to restore the action against Hudson is made by no later than January 26, 2023. To be clear, any application to restore the action against Hudson must be filed by January 26, 2023, and any application to restore the action against Hudson filed thereafter may be denied solely on the basis that it is untimely.

  All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

  The Clerk is instructed to terminate Hudson Insurance Company as a defendant in this case.

Dated: December 12, 2022
   White Plains, NY

           SO ORDERED:

           _____
           Vincent L. Briccetti
           United States District Judge