UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Trustees of the Operating Engineers Local 137, 137A,
137B, 137C & 13R Annuity, Pension, Welfare and
Apprenticeship Skill Improvement & Safety Funds of the
International Union of Operating Engineers,
Local 137, 137A, 137B, 137C & 137R,

         Plaintiffs,

-against-

CASABELLA CONTRACTING OF NY, INC.,
LAURA MARCELA PIGNATARO, Individually,
FRANK PIGNATARO, Individually,

         Defendant.
------------------------------------------------------------------X

Index No.: 7:21-cv-09212-VB

**NOTICE OF MOTION FOR ORDER TO SHOW CAUSE FOR WITHDRAWAL OF COUNSEL OF RECORD FOR CASABELLA CONTRACTING OF NY, INC. AND FRANK PIGNATARO**

Assigned Judge:
Hon. Vincent L. Briccetti

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Joshua E. Mackey, Esq., the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, Mackey Butts & Whalen, LLP ("MBW") will move this Court before the Honorable Vincent L. Bricceti, U.S. Magistrate Judge, at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an Order:

 (a) Relieving MBW as attorneys of record for Defendants, Casabella Contracting of NY, Inc. ("Casabella") and Frank Pignataro, Individually ("Pignataro") (collectively, "Defendants") pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and the discretion of the Court;

 (b) Fixing the amounts of MBW's common law lien in the sum of $10,124.75;

{00391062 1}        1

4929-4888-4005, v. 3

(c)     Permitting MBW to retain Defendants' files and papers in accordance with its retaining lien and requiring MBW to release such files only upon satisfaction of the lien amount in accordance with such terms as the Court may require; and

(d)     Staying further proceedings in this matter for thirty (30) days to afford Defendants a reasonable opportunity to retain new course or proceed *pro se*.

**PLEASE TAKE FURTHER NOTICE** that Pursuant to Federal Rule of Civil Procedure 6, Local Civil Rule 6.1(b), and Local Civil Rule 6.4, unless otherwise ordered by the Court, a response to this motion must be served within fourteen (14) days after service of this motion.

Dated: Millbrook, New York
       March 10, 2023

**MACKEY BUTTS & WHALEN, LLP**
*Attorneys for Defendants Casabella Contracting of NY, Inc. and Frank Pignataro, Individually*

_____
Joshua E. Mackey, Esq. (JM 1971)
3208 Franklin Avenue
Millbrook, New York 12545
(845)677-6700

To:   Michele Joy Harari, Esq. (Via PACER)
      Barnes, Iaccarino, & Shepherd, LLP
      258 Saw Mill River Road
      Elmsford, NY 10523
      (212)-245-0027
      Email: mharari@bislawfirm.com

CASABELLA CONTRACTING NY, INC. (Via Email and First-Class Mail)
c/o Frank Pignataro
1022 Lower South Street
Peekskill, New York 10566
Email: mastermason659@yahoo.com
(914) 414-4038

Frank Pignataro (Via Email and First-Class Mail)
1022 Lower South Street
Peekskill, New York 10566
Email: mastermason659@yahoo.com
(914) 414-4038

Frank Pignataro (Via Email and First-Class Mail)
42 Kutchler Dr.
Lagrangeville, NY 12540
Email: mastermason659@yahoo.com
(914) 414-4038