UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 137, ET AL.,
                      Plaintiff(s),

v.

CASABELLA CONTRACTING OF NY, INC.,
ET AL.,
                      Defendant(s).
------------------------------------------------------------x

**ORDER**

21 CV 9212 (VB)

    As discussed at a conference held today, at which counsel for plaintiffs and counsel for defendant Frank Pignataro appeared, it is HEREBY ORDERED that by **August 8, 2025**, counsel shall file a joint letter regarding:

(i)     The status of the bankruptcy proceedings against defendants Laura Pignataro and Casabella Contracting of NY, Inc., including the anticipated duration of the bankruptcies;

(ii)    Whether the parties have engaged in further settlement discussions or wish to be referred to mediation; and

(iii)   How the parties would like to proceed.

Dated: May 8, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge