UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 137, ET AL.,

                    Plaintiff(s),

v.

CASABELLA CONTRACTING OF NY, INC.,
and LAURA PIGNATARO, individually,

                    Defendant(s).

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2

**ORDER**

21 CV 9212 (VB)

On December 1, 2025, plaintiffs' counsel and counsel for defendant Frank Pignataro filed a stipulation of voluntary dismissal discontinuing the action as to defendant Frank Pignataro. (Doc. #106). On December 2, 2025, the Court so-ordered the partial stipulation and discontinuance of the action as to defendant Frank Pignataro. (Doc. #107).

The Court previously dismissed defendant Hudson Insurance Company on December 12, 2022. (Doc. #70).

The case is now stayed as to the remaining defendants, Casabella Contracting of NY, Inc. ("Casabella") and Laura Pignataro, due to their pending bankruptcies.

By **January 5, 2025**, plaintiffs' counsel shall submit a letter regarding the status of the Casabella and Laura Pignataro bankruptcies.

Dated: December 3, 2025
      White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge